# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KENNETH J. MOODIE | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:15CV01809 ERW |
| SUNEDISON, INC., AHMAD CHATILA, and BRIAN WUEBBELS | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court after counsel for Defendants filed a Joint Motion, Stipulation and [Proposed] Order to Extend Defendants' Time to Respond to Complaint. [ECF No. 10] The Court takes notice of another case alleging the same types of action against the same Defendants, Horowitz v. SunEdison, Inc. et al, 4:15-cv-01769-RWS.

Accordingly,

**IT IS HEREBY ORDERED** that, within ten days of the issuance of this Order, all parties shall show cause why this Court should not consolidate this case with Horowitz v. SunEdison, Inc., et al, 4:15-cv-01769.

Dated this  22nd  Day of January, 2016.

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE